

May 24, 2021

Tatiana Sherman
1010 Washington Ave.
Oxford, MS 38655

Dear Tatiana,

This letter is to inform you, your employment agreement with Itawamba Community College (ICC) will not be renewed for the 2021 – 2022 fiscal year. Effective immediately, you are placed on administrative leave with pay through June 30, 2021, at which point, your employment with ICC will terminate.

Sincerely,

Jay Allen, Ph.D.
President



602 W. HILL STREET, FULTON, MS 38843 · 662.862.8000 · ICCMS.EDU

EXHIBIT B