# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**TATIANA (TANYA) SHERMAN**                                               **PLAINTIFF**

**VERSUS**                                               **CAUSE NO. 1:21-CV-190-GHD-DAS**

**ITAWAMBA COMMUNITY COLLEGE,**
**JOE LOWDER, TZER NAN WATERS,**
**and DR. JAY ALLEN**                                               **DEFENDANTS**

---

### NOTICE OF SERVICE OF PRE-DISCOVERY DISCLOSURE INFORMATION

---

TO:   ALL COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN, pursuant to UNIFORM LOCAL RULE 5.3(c), that Plaintiff Tatiana (Tanya) Sherman, by and through counsel, has this day served upon all counsel of record a true and correct copy of **Plaintiff's Pre-Discovery Disclosure of Core Information** via electronic mail.

The undersigned retains the original of the above document as custodian thereof.

SO NOTICED, this the 10th day of June, 2022.

                                                    TATIANA (TANYA) SHERMAN, Plaintiff

By:   */s/ Jim Waide*
        Jim Waide, MS Bar No. 6857
        waide@waidelaw.com
        Rachel Pierce Waide, MS Bar No. 100420
        rpierce@waidelaw.com
        Ron L. Woodruff, MS Bar No. 100391
        rlw@waidelaw.com
        WAIDE & ASSOCIATES, P.A.
        332 North Spring Street
        Tupelo, MS  38804-3955
        Post Office Box 1357
        Tupelo, MS  38802-1357
        (662) 842-7324 / Telephone
        (662) 842-8056 / Facsimile

        ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing **Notice of Service of Pre-Discovery Disclosure Information** with the Clerk of the Court, utilizing this court's electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

**Benjamin E. Griffith, Esquire**
**Griffith Law Firm**
**Post Office Box 2248**
**Oxford, MS 38655**
**ben@glawms.com**
**clerk@glawms.com**
**lauren@glawms.com**

**Daniel H. Sparks, Esquire**
**Sparks Law Firm, PLLC**
**P.O. Box 2610**
**Oxford, MS 38655**
**daniel@sparkslawpllc.com**

DATED, this the 10th day of June, 2022.

                                            */s/ Jim Waide*
                                            Jim Waide