IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Civil Minutes - General

| | | | |
|---|---|---|---|
| Case No: | 1:21-CV-190-GHD-DAS | Place Held: | Judge Sanders' Chambers (Telephonically) |

Style:     Tatiana Tanya Sherman v Itawamba Community College, et al

Date:     June 15, 2022
Begin:     10:30 a.m.
End:     10:50 a.m.
Total Time:     20 minutes

PRESENT:     David A. Sanders     United States Magistrate Judge

ATTORNEY PARTICIPATING
FOR PLAINTIFF

Ron Woodruff

ATTORNEY PARTICIPATING
FOR DEFENDANT

Ben Griffith
Daniel Sparks

PROCEEDINGS:     Telephonic Case Management Conference

Docket Entry:     Case Management Order to be entered

DAVID CREWS, CLERK

By:     /s/ Jennifer L. Frantz
        Courtroom Deputy