# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**TATIANA (TANYA) SHERMAN**                                                                   **PLAINTIFF**

**VERSUS**                                                    **CAUSE NO. 1:21-CV-190-GHD-DAS**

**ITAWAMBA COMMUNITY COLLEGE,**
**JOE LOWDER, TZER NAN WATERS,**
**and DR. JAY ALLEN**                                                     **DEFENDANTS**

## NOTICE OF SERVICE OF DISCOVERY

TO:     ALL COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN, pursuant to UNIFORM LOCAL RULE 5.3(c), that Plaintiff Tatiana (Tanya) Sherman, by and through counsel, has this day served upon all counsel of record a true and correct copy of **Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Itawamba Commminty College** via electronic mail.

The undersigned retains the original of the above document as custodian thereof.

SO NOTICED, this the 16th day of August, 2022.

                                                           TATIANA (TANYA) SHERMAN, Plaintiff

By:    */s/ Ron L. Woodruff*
         Jim Waide, MS Bar No. 100391
         waide@waidelaw.com
         Rachel Pierce Waide, MS Bar No. 100420
         rpierce@waidelaw.com
         Ron L. Woodruff, MS Bar No. 100391
         rlw@waidelaw.com
         WAIDE & ASSOCIATES, P.A.
         332 North Spring Street
         Tupelo, MS 38804-3955
         Post Office Box 1357
         Tupelo, MS 38802-1357
         (662) 842-7324 / Telephone
         (662) 842-8056 / Facsimile

         ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing with the Clerk of the Court, utilizing this court's electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

**Benjamin E. Griffith, Esquire**
**Griffith Law Firm**
**Post Office Box 2248**
**Oxford, MS 38655**
**ben@glawms.com**
**clerk@glawms.com**
**lauren@glawms.com**

**Daniel H. Sparks, Esquire**
**Sparks Law Firm, PLLC**
**P.O. Box 2610**
**Oxford, MS 38655**
**daniel@sparkslawpllc.com**

DATED, this the 16th day of August, 2022.

*/s/ Jim Waide*
Jim Waide