**INDICTMENT**

THE STATE OF MISSISSIPPI      CIRCUIT COURT

LEE COUNTY      NOVEMBER 2021 - LE

     CAUSE NO. CR21-972KM

The Grand Jurors for the State of Mississippi, taken from the body of good and lawful men and women of LEE COUNTY, in the State of Mississippi, elected, impaneled, sworn and charged to inquire in and for said County and State aforesaid, in the name and by the authority of the State of Mississippi, upon their oaths present: That

**JOSEPH LOWDER**

in said county and state on or about October 1, 2020 through October 7, 2020, while employed by Itawamba Community College, Belden Campus (ICC), did knowingly, willfully, and feloniously, with intent to defraud the Mississippi Community College Board (MCCB), Mississippi Department of Employment Securities, and the STATE OF MISSISSIPPI, falsify, conceal or cover up material facts, and/or made false, fictitious or fraudulent statements or representations, and/or made or used false writings or documents knowing the same to contain false, fictitious or fraudulent statements or entry, by instructing subordinate employees to replace auditable, original documents with fraudulent documents with knowledge said files would be audited by MCCB, in order to conceal that ICC billed

DA Case No. 21LE2701      Page 1
Co-Def.


EXHIBIT F

and received payments from companies for trainings that ICC received reimbursement from the MCCB through the Workforce Enhancement Training Program, and, as a result of Joe Lowder's actions, MCCB reimbursed ICC approximately $9,450.45 for instructional training hours that were also paid for by the companies to whom the trainings were provided, thereby resulting in overpayment to ICC in violation of Mississippi Code § 97-7-10;

contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the State of Mississippi.

Filed and Recorded _____ day of _____, 20_____
_____, Clerk
_____, D.C.

_____
Assistant District Attorney

A TRUE BILL

_____
Foreman of the Grand Jury