# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**TATIANA (TANYA) SHERMAN**                                             **PLAINTIFF**

**V.**                                 **CIVIL ACTION NO. 1:21-CV-190-GHD-DAS**

**ITAWAMBA COMMUNITY COLLEGE;**
**JOE LOWDER; TZER NAN WATERS;**
**AND DR. JAY ALLEN**                                           **DEFENDANTS**

## NOTICE OF DEPOSITION OF PLAINTIFF

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, at 10:00 am on Monday, October 31, 2022, at Phelps Dunbar LLP, 105 East Main Street, Second Floor, Tupelo, Mississippi 38804, DEFENDANTS, ITAWAMBA COMMUNITY COLLEGE, TZER NAN WATERS, and DR. JAY ALLEN, by counsel, will take the deposition upon oral examination of Plaintiff, Tatiana Sherman. This deposition will be taken for any and all purposes permitted under the Federal Rules of Civil Procedure, will continue from time to time until completed, will be recorded by sound, video or stenographic means and will be taken before an Official Court Reporter authorized to administer oaths under the laws of this state. You are invited to attend and cross-examine. Respectfully submitted this 5th day of September, 2022.

                                                 ITAWAMBA COMMUNITY COLLEGE
                                                 TZER NAN WATERS
                                                 DR. JAY ALLEN, DEFENDANTS

                                                 By: /s/ Benjamin E. Griffith
                                                 Benjamin E. Griffith, MS Bar No. 5026
                                                 ben@glawms.com
                                                 GRIFFITH LAW FIRM
                                                 P.O. Box 2248
                                                 Oxford, MS 38655
                                                 (662) 402-3133 phone
                                                 (866) 493-4220 fax
                                                 ATTORNEYS FOR THESE DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned counsel for the above named Defendants certifies that he has this date filed the above with the Clerk of Court, via the ECF system, with notification of such filing sent to all counsel of record.

DATED this 5th day of September, 2022.

/s/Benjamin E. Griffith
Benjamin E. Griffith