# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**TATIANA (TANYA) SHERMAN**                                               **PLAINTIFF**

**VERSUS**                                          **CAUSE NO. 1:21-CV-190-GHD-DAS**

**ITAWAMBA COMMUNITY COLLEGE,**
**JOE LOWDER, TZER NAN WATERS,**
**and DR. JAY ALLEN**                                                      **DEFENDANTS**

## NOTICE TO TAKE DEPOSITION OF INDIVIDUALS

**TO:**     **Benjamin E. Griffith, Esquire**
            **Griffith Law Firm**
            **Post Office Box 2248**
            **Oxford, MS 38655**

            **Daniel H. Sparks, Esquire**
            **Sparks Law Firm, PLLC**
            **P.O. Box 2610**
            **Oxford, MS 38655**

     NOTICE is hereby given that pursuant to the Federal Rules of Civil Procedure, at the time and place set forth herein, the undersigned, attorney of record for the Plaintiff, will take the deposition upon oral examination of the following Individuals, on November 7, 2022, before a court reporter, or some other official duty authorized to administer oath, in the law offices of Phelps Dunbar, 105 East Main Street, Tupelo, Mississippi.

| NAME | TIME |
|---|---|
| Tyler Camp | 9:00 a.m. |
| Dr. Jay Allen | 9:30 a.m. |
| Joe Lowder | 10:00 a.m. |

     The oral examination shall continue from day to day until completed. You are notified to appear and take such part in the examination as you deem proper.

     SO NOTICED this the 8th day of September, 2022.

        Respectfully submitted,

        WAIDE & ASSOCIATES, P.A.


        BY: */s/Ron L. Woodruff*
             RON L. WOODRUFF
             MS BAR NO.: 100391


WAIDE & ASSOCIATES, P.A.
ATTORNEYS AT LAW
POST OFFICE BOX 1357
TUPELO, MS 38802
TELEPHONE: 662/842-7324
FACSIMLE: 662/842-8056
EMAIL: WAIDE@WAIDELAW.COM

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

  I, Ron L. Woodruff, attorney for Plaintiff, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court, utilizing the ECF system, which sent notification of such filing to the following:

**Benjamin E. Griffith, Esquire**
**Griffith Law Firm**
**Post Office Box 2248**
**Oxford, MS  38655**
**ben@glawms.com**
**clerk@glawms.com**
**lauren@glawms.com**

**Daniel H. Sparks, Esquire**
**Sparks Law Firm, PLLC**
**P.O. Box 2610**
**Oxford, MS  38655**
**daniel@sparkslawpllc.com**

DATED, this the 8th day of September, 2022.

                */s/ Ron L. Woodruff*
                RON L. WOODRUFF