IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TATIANA TANYA SHERMAN     PLAINTIFF

V.     CAUSE NO. 1:21-CV-00190-GHD-DAS

ITAWAMBA COMMUNITY COLLEGE, ET AL     DEFENDANTS

---

TAKE NOTICE that the Settlement Conference has been RESET as a to the place, date and time set forth below:

| | |
|---|---|
| Place<br>  Telephonic | Room No.    Telephonic<br><br>Date and Time:    November 9, 2022<br>                              10:00 a.m. |

Type of Proceeding

TELEPHONIC SETTLEMENT CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE DAVID A. SANDERS

==Court will initiate calls to Counsel for the Parties beginning at 10:00 a.m.==
**\*\*Brief updated Confidential Settlement Memos due by November 2, 2022\*\***

                                      DAVID CREWS
                                      Clerk of Court

                                      By: /s/ Jennifer L. Frantz
                                      Courtroom Deputy

Date: October 20, 2022

To:     All Counsel of Record