IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TATIANA (TANYA) SHERMAN**                                                    **PLAINTIFF**

**V.**                               **CIVIL ACTION NO. 1:21-CV-190-GHD-DAS**

**ITAWAMBA COMMUNITY COLLEGE;**
**JOE LOWDER; TZER NAN WATERS;**
**AND DR. JAY ALLEN**                                            **DEFENDANTS**

**AMENDED NOTICE OF DEPOSITION OF PLAINTIFF**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, at 10:00 am on Monday, December 12, 2022, at Phelps Dunbar LLP, 105 East Main Street, Second Floor, Tupelo, Mississippi 38804, DEFENDANTS, ITAWAMBA COMMUNITY COLLEGE, TZER NAN WATERS AND DR. JAY ALLEN, by counsel, will take the deposition upon oral examination of Plaintiff, Tatiana Sherman. This Amended Notice of Deposition amends the original Notice (Doc. 36) by agreement of counsel. This deposition will be taken for any and all purposes permitted under the Federal Rules of Civil Procedure, will continue from time to time until completed, will be recorded by sound, video or stenographic means and will be taken before an Official Court Reporter authorized to administer oaths under the laws of this State. You are invited to attend and cross-examine.

Respectfully submitted this 24th day of October, 2022.

                                               ITAWAMBA COMMUNITY COLLEGE
                                               TZER NAN WATERS
                                               DR. JAY ALLEN, DEFENDANTS
                                               By: s/*Benjamin E. Griffith*
                                               BENJAMIN E. GRIFFITH, MS Bar No. 5026
                                               ben@glawms.com
                                               GRIFFITH LAW FIRM
                                               P.O. BOX 2248
                                               OXFORD, MS
                                               ATTORNEYS FOR THESE DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned counsel of record for the above named Defendants certifies that he has this date filed the above AMENDED NOTICE OF DEPOSITION with the Clerk of Court, via the ECF System, with notification of such filing send to all counsel of record.

DATED this 24th day of October, 2022.

/s/*Benjamin E. Griffith*
BENJAMIN E. GRIFFITH