```
 1            IN THE UNITED STATES DISTRICT COURT FOR THE
                  NORTHERN DISTRICT OF MISSISSIPPI
 2                       ABERDEEN DIVISION
 3
     TATIANA (TANYA) SHERMAN                    PLAINTIFF
 4
     VS.                     NO. 1:21-CV-190-GHD-DAS
 5
     ITAWAMBA COMMUNITY COLLEGE;
 6   JOE LOWDER; TZER NAN WATERS;
     AND DR. JAY ALLEN                          DEFENDANTS
 7
 8
 9
     ********************************************************
10
                DEPOSITION OF TATIANA (TANYA) SHERMAN
11
     ********************************************************
12
13
14
              TAKEN AT THE INSTANCE OF THE DEFENDANTS
15        IN THE LAW OFFICES OF PHELPS DUNBAR, LLP,
             105 EAST MAIN STREET SECOND FLOOR,
16                    TUPELO, MISSISSIPPI,
          ON DECEMBER 12, 2022, BEGINNING AT 10:32 A.M.
17
18
19
                        APPEARANCES NOTED HEREIN
20
21
22   Reported by:   REGINA D. RUSSELL, RPR, CCR 1110
23
                        ADVANCED COURT REPORTING
24                           P.O. BOX 761
                        TUPELO, MS 38802-0761
25                         (662) 690-1500
```





ADVANCED COURT REPORTING
662-690-1500

ORIGINAL