IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Civil Minutes - General

Case No:   1:21cv190                                    Place Held:
                                                        Amory Teleconference

Style:   Sherman v Itawamba Community College

Date:   2/17/23

Total Time: 10   minutes

PRESENT:              David A. Sanders     United States Magistrate Judge

              Beth Featherston

ATTORNEY PRESENT

FOR PLAINTIFF(S)                        FOR DEFENDANT(S)

Ron Woodruff                            Ben Griffin

PROCEEDINGS: Status conference re: extending CMO deadlines, etc.

Docket Entry:   Order entered

                                        DAVID CREWS, CLERK

                                        By:   /s/ Beth Featherston
                                              Law Clerk