IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TATIANA (TANYA) SHERMAN**                                                **PLAINTIFF**

**VERSUS**                          **CAUSE NO. 1:21-CV-190-GHD-DAS**

**ITAWAMBA COMMUNITY COLLEGE,
JOE LOWDER, TZER NAN WATERS,
and DR. JAY ALLEN**                                                **DEFENDANTS**

## NOTICE OF SERVICE OF DISCOVERY

TO:      ALL COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN, pursuant to UNIFORM LOCAL RULE 5.3(c), that Plaintiff Tatiana (Tanya) Sherman, by and through counsel, has this day served upon all counsel of record, via electronic mail, a true and correct copy of the following:

1. **Plaintiff's Responses to Defendant Tzar Nan Walters First Set of Interrogatories and Requests for Production of Documents.**

The undersigned retains the original of the above document as custodian thereof.

SO NOTICED, this the 12th day of April, 2023.

                                               TATIANA (TANYA) SHERMAN, Plaintiff

                                  By:     */s/ Ron L. Woodruff*
                                                  Jim Waide, MS Bar No. 100391
                                                  waide@waidelaw.com
                                                  Rachel Pierce Waide, MS Bar No. 100420
                                                  rpierce@waidelaw.com
                                                  Ron L. Woodruff, MS Bar No. 100391
                                                  rlw@waidelaw.com

                                                  WAIDE & ASSOCIATES, P.A.
                                                  332 North Spring Street
                                                  Tupelo, MS  38804-3955
                                                  Post Office Box 1357
                                                  Tupelo, MS  38802-1357
                                                  (662) 842-7324 / Telephone
                                                  (662) 842-8056 / Facsimile
                                                  ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing with the Clerk of the Court, utilizing this court's electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

**Benjamin E. Griffith, Esquire**
**Griffith Law Firm**
**Post Office Box 2248**
**Oxford, MS  38655**
**ben@glawms.com**
**clerk@glawms.com**
**lauren@glawms.com**

**Daniel H. Sparks, Esquire**
**Sparks Law Firm, PLLC**
**P.O. Box 2610**
**Oxford, MS  38655**
**daniel@sparkslawpllc.com**

DATED, this the 12th day of April, 2023.

                                                  */s/ Ron L. Woodruff*
                                                  Ron L. Woodruff