# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**TATIANA (TANYA) SHERMAN**                                                                 **PLAINTIFF**

**VERSUS**                                                      **CAUSE NO. 1:21-CV-190-GHD-DAS**

**ITAWAMBA COMMUNITY COLLEGE,**
**JOE LOWDER, TZER NAN WATERS,**
**and DR. JAY ALLEN**                                                                      **DEFENDANTS**

## NOTICE OF RECEIPT OF ORIGINAL DEPOSITIONS

**TO:**   **All Counsel of Record**

Pursuant to UNIFORM LOCAL RULE 5.3(B), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following depositions:

Deponent: James Steven Crone, Jimmy Belk and Dexter Holloway.

Taken at the instance of: Tatiana Sherman, the Plaintiff

Pursuant to UNIFORM LOCAL RULE 5.3(B), a copy of the cover sheet accompanying these depositions is attached hereto as "Exhibit A - C."

This the 8th day of May, 2023.

Respectfully submitted,

WAIDE & ASSOCIATES, P.A.

BY: _/s/Ron L. Woodruff_
      **RON L. WOODRUFF**
      **MS BAR NO.: 100391**

WAIDE & ASSOCIATES, P.A.
ATTORNEYS AT LAW
POST OFFICE BOX 1357
TUPELO, MS 38802
TELEPHONE: 662/842-7324
FACSIMILE: 662/842-8056
EMAIL: waide@waidelaw.com

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I, Ron L. Woodruff, attorney for Plaintiff, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court, utilizing the ECF system, which sent notification of such filing to the following:

**Benjamin E. Griffith, Esquire**
**Griffith Law Firm**
**Post Office Box 2248**
**Oxford, MS 38655**
**ben@glawms.com**
**clerk@glawms.com**
**lauren@glawms.com**

**Daniel H. Sparks, Esquire**
**Sparks Law Firm, PLLC**
**P.O. Box 2610**
**Oxford, MS 38655**
**daniel@sparkslawpllc.com**

DATED, this the 8th day of May, 2023.

*/s/ Ron L. Woodruff*
RON L. WOODRUFF