```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF MISSISSIPPI
 2                      ABERDEEN DIVISION

 3

    TATIANA (TANYA) SHERMAN                       PLAINTIFF
 4

    VS.                              NO. 1:21-CV-190-GHD-DAS
 5

    ITAWAMBA COMMUNITY COLLEGE,
 6  JOE LOWDER, TZER NAN WATERS,
    AND DR. JAY ALLEN                            DEFENDANTS
 7

 8

 9
    ************************************************************
10
                    DEPOSITION OF JAY ALLEN, Ph.D.
11
    ************************************************************
12

13

14
             TAKEN AT THE INSTANCE OF THE PLAINTIFF
15           IN THE LAW OFFICES OF PHELPS DUNBAR, LLP
             105 EAST MAIN STREET, TUPELO, MISSISSIPPI
16           ON APRIL 14, 2023, BEGINNING AT 9:05 A.M.

17

18

19              APPEARANCES NOTED HEREIN

20

21

22  Reported by:  PHYLLIS K. McLARTY, RMR, FCRR, CCR #1235

23
                    ADVANCED COURT REPORTING
24                        P.O. BOX 761
                      TUPELO, MS 38802-0761
25                       (662) 690-1500
```

EXHIBIT A