

# ECONOMIC AND COMMUNITY SERVICES

To: Tatiana Sherman
cc: Tim Senter, Human Resources

From: Joe Lowder

Date: 9/5/2019

Re: Performance Improvement Plan Update

## Recommendation

Ms. Sherman, this memo serves as a six month update to the Performance Improvement Plan presented to you on March 8th, 2019. Over the course of this evaluation process you received a new supervisor. I have had limited interaction on the day-to-day role of your job which is much of what is addressed in the Performance Improvement Plan. I have seen some improvement based upon seeing you engaging with staff more often in their offices, however due to the changing nature of our reporting structure I cannot fully speak to overall improvement in many of the areas listed in the Performance Improvement Plan.

Therefore, it is my recommendation that the Performance Improvement Plan stays active through this next evaluation cycle. If you receive a Meets Expectations rating from your new supervisor in deficient areas, then the corrective actions will be deemed adequate for this Performance Improvement Plan. Any areas where you do not receive Meet Expectations could be carried forward or discussed in further detail at the time of your next annual evaluation.

Confirmation of Receipt

*Tatiana Sherman*

Signature



B-4

ICC-Sherman
000004

ICC-Sherman
000004