

Itawamba Community College
Job Description



EXHIBIT A

| TITLE: Workforce Development/ Innovate MEP Project Manager | CATEGORY: |
|---|---|
| LAST UPDATED: July 12, 2018 | OCCUPIED BY: Tatiana Sherman |

**POSITION REPORTS TO:** Workforce Development & Training Director and Dean of Economic and Community Services

**MINIMUM QUALIFICATIONS:** Bachelor's Degree in Education, Engineering, Business, or a Business related field with a minimum of two years of business, industrial, or education work experience. Preferred: degree with minimum of 5 years experience.

**GENERAL STATEMENT OF FUNCTION:** The Workforce Development Project Specialist is responsible for the marketing, planning, organizing, and managing of workforce development training projects with firms in the Itawamba Community College District. The incumbent is expected to write, manage, monitor, and close-out projects with a high degree of accountability while maintaining internal and external relations with a variety of college constituencies. This position is directly responsible for ensuring that all training project records are maintained efficiently, accurately, and meet state guidelines.

Innovate MEP MS Project Manager is responsible for working closely with Innovate MEP Mississippi and ICC Workforce Director, Dean and staff for marketing, planning, organizing, staffing, and managing manufacturing workforce development projects that relate to the transitioning of the workforce to modern manufacturing.

**DUTIES AND RESPONSIBILITIES:**

- Maintain current working knowledge of state guidelines.
- Develop professional training plans, memorandums of agreement, and prepare budget estimates to obtain funding assistance for industry on-site training classes.
- Secure teachers/trainers for training classes as needed.
- Prepare facility and equipment request forms and process appropriately. Order supplies, books, or equipment as needed for training classes.
- Use bookkeeping/accounting based mathematical skills necessary to calculate and understand on-going financial management schedules for training projects; including, but not limited to, quotes/estimates/proposals, billing and payroll records, modifications and reimbursements.
- Prepare and submit required documentation to confirm proper payment to customers and reimbursement from the MCCB.
- Ensure training project files and records are accurate and meet all guidelines for yearly audits. Assist team members with same as needed.



EXHIBIT G

ICC-Sherman 000020

ICC-Sherman 000020



Itawamba Community College
Job Description

| TITLE: Workforce Development/Innovate MEP Project Manager | CATEGORY: |
|---|---|
| LAST UPDATED: | OCCUPIED BY: Tatiana Sherman |

**DUTIES AND RESPONSIBILITIES CONTINUED:**

- Work and communicate effectively with the Accountability and Information and Data Specialists to ensure all project documentation required by state guidelines are accurate.
- Maximize services and benefits to customers by continually demonstrating excellent customer service.
- Verify and summarize all items submitted by an industry to confirm proper reimbursement schedule.
- Facilitate the placement of on-site mobile training labs at industries as requested. Manage maintenance issues and inspect sites as needed.
- Keep area industry contacts informed of services available. Industry site visits with the five-county district as needed.
- Produce and maintain complex Excel spreadsheets for project management. Demonstrate advanced level proficiency in Excel.
- Work with division team members to facilitate continued growth of the Workforce and MEP program.
- Promote division activities internally and to the community.
- Provide participation and/or leadership to special teams as assigned.
- Prepare quarterly MEP reports and facilitate quarterly MEP surveys with companies, including site visits as necessary.
- Attend monthly MEP webinars and prepare monthly reports.
- Work with other MEP Centers to help promote training services to manufacturing companies throughout the state.
- Daily use good oral and written communication skills.
- Participate in professional development opportunities and ICC programs as requested. Intermediate level of proficiency in Microsoft Office software (other than Excel): Word, PowerPoint, and Outlook.
- Demonstrate basic to intermediate level usage of office equipment: multi-line phone, fax machine, copier, and calculator.
- Other duties as assigned by the Workforce Development & Training Director or the Dean – Division of Economic and Community Services or President of the College.

ICC-Sherman
000021

ICC-Sherman
000021