

# MEMO

DATE: March 4, 2020

TO: Tim Senter

FROM: TZ Waters

After the review performance with Mrs. Sherman in December 2019 and our meeting again on July 22, 2020, I do not see a path forward with Mrs. Sherman.

In her December 2019 performance appraisal, it was noted that Mrs. Sherman needed to make several improvements. We met again on July 22, 2020 to review the items that Mrs. Sherman needed to improve. It is my opinion that although Mrs. Sherman has made some efforts to improve, there are still deficiencies that require her to stay on Performance Improvement Plan (PIP).

Throughout the review period, Mrs. Sherman has continually deflected responsibility and has not fully acknowledged accountability on the deficiencies, which has led me to conclude that I do not see a path forward with her. I cannot be effective in my role and as her supervisor going forward. Hence, my recommendation is to relieve Mrs. Sherman from her position as Workforce project manager.



ICC-Sherman
000026

ICC-Sherman
000026