**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

TATIANA (TANYA) SHERMAN                                            PLAINTIFF

V.                                      CIVIL ACTION NO. 1:21-CV-190-GHD-DAS

ITAWAMBA COMMUNITY COLLEGE;
JOE LOWDER; TZER NAN WATERS;
AND DR. JAY ALLEN                                                  DEFENDANTS

**MOTION OF DEFENDANT JOE LOWDER TO JOIN DEFENDANTS ITAWAMBA
COMMUNITY COLLEGE, TZER NAN WATERS AND DR. JAY ALLEN MOTION
FOR SUMMARY JUDGMENT AND MEMORANDUM BRIEF IN SUPPORT FOR
SUMMARY JUDGMENT**

     **COMES NOW,** Defendant, Joe Lowder (hereinafter "Defendant Lowder"), by and
through counsel of record and pursuant to F.R.C.P. 56 and L.U.Civ.R.7 files his *Motion to Join
Defendants Itawamba Community College, Tzer Nan Waters and Dr. Jay Allen's Motion for
Summary Judgment and Memorandum Brief in Support of Summary Judgment* and would show
the Court as follows:

     1.  Defendant Lowder's argument and position on facts, law, supporting memorandum and
exhibits mirror his three Co-Defendants' *Summary Judgment Motion* (Doc. #88) and
*Memorandum Brief in Support of Defendants' Motion for Summary Judgment* (Doc. #89) filed on
May 31, 2023.

     2.  Arguments and position on facts, law, supporting memorandum and exhibits of all Co-
Defendants apply to each Co-Defendant.

     3.  Allowing Defendant Lowder to join *Defendants Itawamba Community College, Tzer
Nan Waters and Dr. Jay Allen's Motion for Summary Judgment and Memorandum Brief in Support
of Summary Judgment* would prove to streamline legal issues and result in greater judicial
economy.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Lowder requests that this Court enter an Order granting his request to join *Defendants Itawamba Community College, Tzer Nan Waters and Dr. Jay Allen's Motion for Summary Judgment and Memorandum Brief in Support of Summary Judgment* **RESPECTFULLY SUBMITTED,** this the 1st day of June, 2023.

**JOE LOWDER, DEFENDANT**

BY:  /s/ Daniel H. Sparks
ATTORNEY FOR DEFENDANT
JOE LOWDER

DANIEL H. SPARKS
MS BAR NO. 102831
Sparks Law Firm, PLLC
2084 Old Taylor Road, Suite 110
P.O. Box 2610
Oxford, MS 38655
daniel@sparkslawpllc.com
(662) 234-4600 (p)
(662) 234-4050 (f)

**CERTIFICATE OF SERVICE**

    I, Daniel H. Sparks, hereby certify that I have electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    THIS the 1st day of June, 2023.

/s/ Daniel H. Sparks
Attorney for Defendant Joe Lowder
