IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TATIANA (TANYA) SHERMAN                                                PLAINTIFF

V.                                                                     NO: 1:21CV190-GHD-DAS

ITAWAMBA COMMUNITY COLLEGE,
JOE LOWDER, TZER NAN WATERS,
and DR. JAY ALLEN                                                      DEFENDANTS

## ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that the Defendant Joe Lowder's Motion for Joinder [90] is GRANTED. Further, Defendants' Motion for Summary Judgment [88] is DENIED.

SO ORDERED, this the 1st day of August, 2023.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE