IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TATIANA SHERMAN                                         PLAINTIFF

V.                             CIVIL ACTION NO. 1:21-CV-00190 GHD-DAS

ITAWAMBA COMMUNITY COLLEGE, JOE LOWDER,
TZER NAN WATERS, DR. JAY ALLEN
                                                         DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties have agreed to and announced to the Court a confidential settlement of this case, and, the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, is desirous that this matter be finally closed on the docket. The Court finds and adjudicates that (1) this is a confidential settlement, that Defendants dispute liability and neither admit nor acknowledge any fault, wrongdoing or culpability herein, and (2) all parties have agreed that the terms and conditions of this settlement are strictly confidential to the extent allowed by law.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims, with the parties to bear their own costs.

Pursuant to the confidential agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the confidential settlement agreement.

SO ORDERED AND ADJUDGED this the 30th day of August, 2023.

                                                     /s/ Glen H. Davidson
                                                     Glen H. Davidson
                                                     Senior United States District Judge

APPROVED AS TO FORM AND CONTENT:

ATTORNEY FOR PLAINTIFF Tatiana Sherman

/s/ *Rachel Pierce Waide*

Rachel Pierce Waide, MS Bar No. 100420


ATTORNEY FOR DEFENDANTS Itawamba Community College, Tzar Nan Waters and Dr. Jay Allen

/s/ *Benjamin E. Griffith*

Benjamin E. Griffith, MS Bar No. 5026


ATTORNEY FOR DEFENDANT Joseph Lowder

/s/ *Daniel H. Sparks*

Daniel H. Sparks, MS Bar No. 102831

2